Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Tina Dionne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA DIONNE,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 5:16-cv-01899-~~~~-E<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §§ 1920; 2412(d). |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs:

IT IS ORDERED that fees in the amount of $2,700 as authorized by 28 U.S.C. §§ 1920; 2412(d) be awarded subject to the terms of the Stipulation.

DATE: 5/3/17

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

1. Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

2.

3. /s/ *Brian C. Shapiro*
---
Brian C. Shapiro

4. Attorney for plaintiff Tina Dionne